**Opinion issued March 12, 2020.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00809-CV

———————————

**HENRY TOWNSEND, Appellant**

**V.**

**LEONARD NOLAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1105175**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's order, signed July 30, 2018, dismissing appellant's case for want of prosecution. The appeal was dismissed on January 29, 2019 for failure to file a clerk's record. When this court received proof of payment

for the clerk's record, the Court granted rehearing on August 20, 2019, and reinstated the appeal on the active docket.

Appellant's brief was due on September 19, 2019. Two extensions were granted until December 16, 2019, the last of which stated that no further extensions would be granted. On December 31, 2019, the Court issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.